PHILIP SPINELLI, Respondent, *v.* ARTHUR TICKLE ENGINEERING WORKS, INC., Defendant, and SOUND WELDING, INC., Appellant.

Argued January 8, 1948; decided March 5, 1948.

*Robert E. Curran* for appellant.
*Coleman Charney* and *Harry Heller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.